In the Matter of MORTON LEXOW, Respondent, against MORRIS S. TREMAINE, as Comptroller of the State of New York, Defendant, and COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant, Impleaded with Another.

Argued February 28, 1938; decided March 15, 1938.

*I. J. Beaudrias* for appellant.

*Ellis J. Staley*, *Thomas T. Heney* and *William H. Jenkins, Jr.*, for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.